IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOCKTON COMPANIES, LLC – PACIFIC SERIES and LOCKTON PARTNERS, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALLIANT INSURANCE SERVICES, INC., ET AL.<br><br>        Defendants. | Case No. 23-cv-00705-SRB |

## **PLAINTIFFS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF GREGORY D. BARNES**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Lockton Companies, LLC – Pacific Series and Lockton Partners, LLC ("Lockton") will take the deposition upon oral examination of Defendant Gregory D. Barnes, before an officer authorized by the State of Missouri to administer oaths. The deposition will take place at the offices of **Gibson, Dunn & Crutcher LLP**, 333 South Grand Avenue, Los Angeles, CA 90071-3197, on **Tuesday, October 7, 2025**, commencing at **9:00 a.m. PDT**.

This deposition will be recorded by stenographic means as well as by video. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: August 14, 2025                                     Respectfully submitted,

                                                                       BRYAN CAVE LEIGHTON PAISNER LLP

                                                                       By:  /s/ *Jennifer L. Berhorst*
                                                                             Robert J. Hoffman, MO # 44486
                                                                             Jennifer L. Berhorst, MO # 61784
                                                                             One Kansas City Place 1200 Main Street
                                                                             Suite 3800
                                                                             Kansas City, MO 64105-2122
                                                                             Telephone: (816) 374-3200
                                                                             Email: rjhoffman@bclplaw.com
                                                                             Email: jennifer.berhorst@bclplaw.com

                                                                        GIBSON, DUNN & CRUTCHER LLP
                                                                        Russell H. Falconer, *pro hac vice*
                                                                        2001 Ross Avenue, Suite 2100
                                                                        Dallas, TX  75201
                                                                        Telephone: (214) 698-3170
                                                                        Email:  RFalconer@gibsondunn.com

                                                                        RILEY SAFER HOLMES & CANCILA LLP
                                                                        Eli Litoff, *pro hac vice*
                                                                        1 S. Dearborn, Suite 2200
                                                                        Chicago, IL 60603
                                                                        Telephone: (312) 471-8780
                                                                        Email: elitoff@rshc-law.com

                                                                       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, the foregoing document was filed with the Court's CM/ECF electronic filing system, providing notice to all counsel of record.

                                                                      */s/ Jennifer L. Berhorst*
                                                                      *Attorney for Plaintiffs*