# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WEST SERIES OF LOCKTON COMPANIES, LLC, LOCKTON PARTNERS, LLC and LOCKTON INSURANCE AGENCY, LLC, <br><br> Plaintiffs, <br> vs. <br><br> ALLIANT INSURANCE SERVICES, INC., GREGORY D. BARNES, SCOTT CANALES, JAMES R. LAWRENCE, ANDREW MCCLAVE, MARK RACUNAS, and RICHARD A. RODERICK, <br><br> Defendants. | Case No. 23-cv-00705-SRB |

## JOINT MOTION TO MODIFY PRETRIAL AND TRIAL SCHEDULE

Plaintiffs West Series of Lockton Companies, LLC, Lockton Partners, LLC, and Lockton Insurance Agency, LLC (together, "Plaintiffs") and Defendants Alliant Insurance Services, Inc., Gregory D. Barnes, Scott Canales, Andrew McClave, James R. Lawrence, Mark Racunas, and Richard Roderick (together, "Defendants") (together with Plaintiffs, the "Parties") hereby stipulate to the following and jointly move the Court for a modification of the Pretrial Schedule as set forth herein:

1. On September 22, 2025, the Parties filed (ECF No. 273) and the Court granted (ECF No. 274) their Joint Motion to Modify Pretrial Schedule, which set the Fact Witness Deposition Deadline for February 13, 2025. In that Joint Motion and Order, the Dispositive Motions Deadline and Daubert Deadline, which are both currently February 26, 2026, were unaffected.

2. The Parties jointly move for a modification of the Dispositive Motions Deadline and Daubert Deadline, such that both deadlines be moved from February 26, 2026 to April 30, 2026.

3. The Parties do not seek a stay or continuance of discovery at this time or a change of the discovery cutoff, with the sole exception that the Parties jointly request an extension of the deadline to complete fact discovery from February 13, 2026 to March 31, 2026 for two limited purposes. The first purpose is to allow the parties to take depositions of witnesses who the Parties previously identified as requested deponents before February 13, 2026. The second purpose is to allow the Parties to supplement and/or complete productions and supplement any prior written discovery responses and disclosures, to the extent necessary.

4. This matter is currently set for a two-week jury trial beginning on June 15, 2026.

5. On January 13, 2026, the United States Court of Appeals for the Eight Circuit heard oral argument in the consolidated appeals of *West Series of Lockton Companies, LLC; Lockton Investment Advisors, LLC; and Lockton Investment Securities, LLC, F/K/A Lockton Financial Advisors, LLC v. Eric D. Kaufman* and *West Series of Lockton Companies, LLC; Lockton Investment Advisors, LLC; Lockton Partners, LLC; and Lockton Investment Securities, LLC, F/K/A Lockton Financial Advisors, LLC v. Sallie F. Giblin*, and the Parties expect a ruling to be issued in the coming months, which may inform certain issues in this case.

6. For the reasons stated above, the Parties jointly request that the current trial schedule be modified to reset this case for a two-week jury trial, beginning on August 24, 2026 and ending on September 4, 2026, or alternatively at least sixty days from the date of this

submission, to allow additional time for the United States Court of Appeals for the Eighth Circuit to issue an opinion.[1]

7. The Parties further jointly move that the Pretrial Conference, which is currently set for May 14, 2026 at 9:00 A.M., be reset to July 23, 2026 at 9:00 A.M.

8. The initial Scheduling Order in this case (ECF No. 51) set and structured Pretrial Conference Document Deadlines, the Jury Instructions Deadline, and Trial Document Deadlines for specific numbers of days ahead of the Pretrial Conference and/or Trial, and the Parties jointly request that such Pretrial Conference Document Deadlines, the Jury Instructions Deadline, and Trial Documents Deadline maintain the same structure, sequence and timing as originally ordered in ECF No. 51. Accordingly, such deadlines will be as follows:

| Event | Deadline |
|---|---|
| Motions in Limine Deadline: at least eighteen business days before the Pretrial Conference. | June 29, 2026 |
| Responses to Motions in Limine Deadline: least seven business days before the Pretrial Conference. | July 14, 2026 |
| Stipulation of Uncontroverted Facts Deadline: at least three business days before the Pretrial Conference. | July 20, 2026 |
| Witness Lists Deadline: at least ten business days before the Pretrial Conference. | July 9, 2026 |
| Exhibits Index Deadline: at least five business days before the Pretrial Conference. | July 16, 2026 |

---

[1] Defendants' agreement to the August 24, 2026 trial date is without waiver of any rights, including to seek a further continuance or stay pending the 8th Circuit's ruling in the event that that ruling is not received sufficiently in advance of the trial date. Plaintiffs' agreement to the August 24, 2026 trial date is without waiver of any rights, including the right to oppose any request from Defendants for a further continuance, irrespective of the timing of any decision from the Eighth Circuit in the *Giblin* and *Kaufman* appeals.

3

| | |
|---|---|
| Stipulation as to the Admission of Evidence Deadline: at least three business days before the Pretrial Conference. | July 20, 2026 |
| Designation of Deposition Testimony Deadline: at least fifteen business days before the Pretrial Conference. | July 2, 2026 |
| Objections to Designated Deposition Testimony and Counter Designations Deadline: at least ten business days before the Pretrial Conference | July 9, 2026 |
| Objections to Counter Designations Deadline: at least seven business days before the Pretrial Conference. | July 14, 2026 |
| Submission of Deposition Designations Deadline: at least seven business days before the Pretrial Conference. | July 14, 2026 |
| Jury Instructions Deadline: at least ten business days before the Pretrial Conference. | July 9, 2026 |
| Trial Brief Deadline: at least five business days before Trial. | August 17, 2026 |
| Jury Statement Deadline: at least five business days before Trial. | August 17, 2026 |

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter an order adopting the proposed Pretrial and Trial Schedule.

Respectfully Submitted: January 28, 2026   BRYAN CAVE LEIGHTON PAISNER LLP

By: _/s/ Jennifer L. Berhorst_
Jennifer L. Berhorst, MO # 61784
Robert J. Hoffman, MO # 44486
Bret H.I. Ruber, MO #75078
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122
Telephone: +1 816 374 3200
Facsimile: +1 816 374 3300
rjhoffman@bclplaw.com
jennifer.berhorst@bclplaw.com
bret.ruber@bclplaw.com

4

GIBSON, DUNN & CRUTCHER, LLP

Russel H. Falconer (admitted pro hac)
Emily A. Cardone (admitted pro hac)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 571-2958 (telephone)
rfalconer@gibsondunn.com
ecardone@gibsondunn.com

Angelique Kaounis (admitted pro hac)
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
(310) 552-8546 (telephone)
akaounis@gibsondunn.com

RILEY SAFER HOMES & CANCILA

Eli Litoff (admitted pro hac)
70 W. Madison St., Ste 2900
Chicago, IL 60602
(312) 471-8780 (telephone)
elitoff@rshc-law.com


*ATTORNEYS FOR PLAINTIFFS*

AND

BERKOWITZ OLIVER LLP

*/s/ Stacey R. Gilman*
Stacey R. Gilman (MO Bar # 55690)
Jasmine O. Ward (MO Bar # 74082)
Braden A. Lefler (MO Bar # 75048)
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Telephone:  (816) 561-7007
Facsimile:   (816) 561-1888
sgilman@berkowitzoliver.com
jward@berkowitzoliver.com
blefler@berkowitzoliver.com

MORGAN LEWIS & BOCKIUS LLP

Debra L. Fischer*

5

Seth M. Gerber*
Adam Wagmeister*
John K. Gisleson*
Johnathon P. Bramble*
Lorraine Castro*
Tjitske Dekker*
Anthony Birong*
Shannon L.C. Ammon*
2049 Century Park East, Suite 700
Los Angeles, CA  90067
Telephone:  (310) 907-1000
Facsimile:  (310) 907-1001
debra.fischer@morganlewis.com
seth.gerber@morganlewis.com
adam.wagmeister@morganlewis.com
john.gisleson@morganlewis.com
john.bramble@morganlewis.com
lorraine.castro@moganlewis.com
tjitske.dekker@morganlewis.com
anthony.birong@morganlewis.com
Shannon.ammon@morganlewis.com

*ATTORNEYS FOR DEFENDANTS*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of January 2026, the foregoing document was filed with the Court's CM/ECF electronic filing system, providing notice to all counsel of record.

BRYAN CAVE LEIGHTON PAISNER LLP

By: _/s/ Jennifer L. Berhorst_
Jennifer L. Berhorst, MO # 61784
Robert J. Hoffman, MO # 44486
Bret H.I. Ruber, MO #75078
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122
Telephone: +1 816 374 3200
Facsimile: +1 816 374 3300
rjhoffman@bclplaw.com
jennifer.berhorst@bclplaw.com
bret.ruber@bclplaw.com

6

And

GIBSON, DUNN & CRUTCHER, LLP

Russel H. Falconer (admitted pro hac)
Emily A. Jorgens (admitted pro hac)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 571-2958 (telephone)
rfalconer@gibsondunn.com
ejorgens@gibsondunn.com

Angelique Kaounis (admitted pro hac)
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
(310) 552-8546 (telephone)
akaounis@gibsondunn.com

RILEY SAFER HOMES & CANCILA

Eli Litoff (admitted pro hac)
70 W. Madison St., Ste 2900
Chicago, IL 60602
(312) 471-8780 (telephone)
elitoff@rshc-law.com

*ATTORNEYS FOR PLAINTIFFS*

AND

BERKOWITZ OLIVER LLP

By: */s/ Stacey R. Gilman*
Stacey R. Gilman (MO Bar # 55690)
Jasmine O. Ward, (MO #74082)
Braden Lefler, (MO #75048)
2600 Grand Blvd, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
sgilman@berkowitzoliver.com
jward@berkowitzoliver.com
blefler@berkowitzoliver.com

7

MORGAN LEWIS & BOCKIUS LLP

Debra L. Fischer*
Seth M. Gerber*
Adam Wagmeister*
John K. Gisleson*
Johnathon P. Bramble*
Lorraine Castro*
Tjitske Dekker*
Anthony Birong*
Shannon L.C. Ammon*
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 907-1000
Facsimile: (310) 907-1001
debra.fischer@morganlewis.com
seth.gerber@morganlewis.com
adam.wagmeister@morganlewis.com
john.gisleson@morganlewis.com
john.bramble@morganlewis.com
lorraine.castro@moganlewis.com
tjitske.dekker@morganlewis.com
anthony.birong@morganlewis.com
Shannon.ammon@morganlewis.com

*ATTORNEYS FOR DEFENDANTS*

8